## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Francisco Avila Soberanis

           Plaintiff,

v.                   Case No.: 1:22−cv−03442
                  Honorable Mary M. Rowland

Fyr Construction, Inc., et al.

           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 18, 2023:

  MINUTE entry before the Honorable Mary M. Rowland: Pursuant to the Stipulation for Dismissal with Prejudice [53], all claims in this action, are dismissed with prejudice and without costs, with each party to bear his own attorney's fees and costs. Any pending deadlines are stricken. Civil case terminated. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.